No. 04-02-00471-CV



In re Shonnya COLLINS



Original Mandamus Proceeding


Arising from the 25th District Court, Guadalupe County, Texas 


Trial Court No. 02-0738-CV

Honorable B.B. Schraub, Judge Presiding





PER CURIAM


Sitting: Paul W. Green, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 

Delivered and Filed: July 24, 2002 


PETITION FOR WRIT OF MANDAMUS DENIED


 On July 3, 2002, relator filed a petition for writ of mandamus, complaining of temporary
orders signed by the trial court. Relator has not provided this court with a copy of the temporary
orders. Tex. R. App. P. 52.3(j)(1)(A). This court has determined that relator is not entitled to the
relief sought; therefore, the petition is DENIED. Tex. R. App. P. 52.8(a).

 Relator shall pay all costs incurred in this proceeding.


 PER CURIAM

DO NOT PUBLISH